### 11631. DEDGE v. THE STATE.

BROYLES, C. J. 1. The special grounds of the motion for a new trial, complaining of alleged errors of omission in the charge of the court, are without merit. In the absence of timely and appropriate written requests for more particular instructions the charge was sufficiently full.

2. The verdict was authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 28, 1920.

Indictment for drawing check, without funds to pay it; from city court of Baxley — Judge Lawrence. May 27, 1920.

*H. L. Williams,* for plaintiff in error.

*C. H. Parker, solicitor,* contra.

---

### 11632. DECATUR v. THE STATE.

LUKE, J. The evidence authorized the conviction of the defendant. There is no merit in the assignment of error upon the excerpts from the charge of the court. The charge of the court was full and fair, and if more specific instructions to the jury were desired a timely written request should have been made therefor. It was not error, for any reason urged, to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 28, 1920.

Accusation of public indecency; from city court of Macon — Judge Guerry. May 21, 1920.

*Early W. Butler,* for plaintiff in error.

*Will Gunn, solicitor,* contra.